MELINDA HAAG (CASBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
10/21/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10- 00320 - JW |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [PROPOSED] ORDER ADVANCING HEARING AND EXCLUDING TIME |
| MAURICE DESHAWN HODGE, ) | |
|    Defendants. ) | SAN JOSE VENUE |

    On October 4, 2010, the parties in this case appeared before the Court for what was to be a pre-trial conference. At that time defense counsel requested that the case be continued to November 15, 2010, for status. In addition, the parties requested an exclusion of time under the Speedy Trial Act. The parties hereby request and stipulate that the case be advanced to November 1, **2010** for purposes of a disposition by plea, and agree that the previously ordered exclusion of time remain in effect for the reasons stated on the record.

//

//

//

STIPULATION AND [PROPOSED] ORDER
NO. 10-00320-JW                    1

1  SO STIPULATED:                        MELINDA HAAG
                                         United States Attorney

3  DATED:                                _____/s/_____
                                         THOMAS M. O'CONNELL
                                         Assistant United States Attorney

6  DATED:                                _____/s/_____
                                         HUGH A. LEVINE
                                         Counsel for HODGE

10     Accordingly, for good cause shown, the Court HEREBY ORDERS that the case be advanced to **November 1, 2010** for purpose of disposition by plea, and that the time previously excluded under the Speedy Trial Act remain excluded.   The Court finds, based on the previously mentioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation and representation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: October 21, 2010                  _____
                                         JAMES WARE
                                         United States District Judge