1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | THOMAS O'CONNELL (NYBN 1801950)
Assistant United States Attorney

5

6 | DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

7 | 150 Almaden Boulevard, Suite 900
San Jose, CA 95113

8 | Telephone: (408) 535-5061
Fax:  (408) 535-5066

9 | E-Mail: daniel.kaleba@usdoj.gov
Thomas.m.oconnell@usdoj.gov

10 | Attorneys for Plaintiff

*IT IS SO ORDERED*
*[Signature] Judge James Ware*
11/19/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00320 JW |
|---|---|---|
| Plaintiff, | ) | **MOTION TO DISMISS, AS TO DEFENDANT HODGE ONLY, COUNTS TO WHICH HE DID NOT PLEAD GUILTY PURSUANT TO PLEA AGREEMENT** |
| v. | ) | |
| MAURICE DESHAWN HODGE, | ) | |
| Defendant. | ) | |

On November 10, 2010, defendant MAURICE DESHAWN HODGE pled guilty, pursuant to a written plea agreement, to Count Two of the Superseding Indictment, which charged Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and Count Six, which charged Conspiracy to Retaliate Against a Witness in violation of 18 U.S.C. § 1513(f) and 1513(b)(2).

//

MOTION TO DISMISS, AS TO DEFENDANT HODGE, COUNTS TO WHICH HE DID NOT PLEAD GUILTY
CR-10-00320 JW

Defendant HODGE was then sentenced, at his request, by the court. The government hereby moves to dismiss, as to defendant HODGE only, the remaining counts of the Superseding Indictment: Counts One and Four, charging Felon in Possession of Firearm and Ammunition in violation of 18 U.S.C. § 922(g)(1); Count Three, charging Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. 924(c); and Count Five, charging Conspiracy and Attempt to Tamper With Witness; 18 U.S.C. §1512(k) 1512(a)(2)(C), 1512(b)(3).

Respectfully submitted,

DATED: November 18, 2010.

                MELINDA HAAG
                United States Attorney

                _____/s/_____
                THOMAS O'CONNELL
                DANIEL R. KALEBA
                Assistant United States Attorney